REILLY, MCDEVITT & HENRICH, P.C.
BY: DAMIAN S. JACKSON, ESQUIRE
    IDENTIFICATION NO.: 359692020
    ANTHONY GIORDANO ESQUIRE
    IDENTIFICATION NO.: 198282016
3 EXECUTIVE CAMPUS, SUITE 310
CHERRY HILL, NEW JERSEY 08002
(856) 317-7180
ATTORNEY FOR DEFENDANT, HARRAH'S
ATLANTIC CITY OPERATING COMPANY, LLC D/B/A
HARRAH'S RESORT ATLANTIC CITY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARNETTE DAVIS,<br><br>                          PLAINTIFF,<br>vs.<br><br>HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC D/B/A HARRAH'S RESORT ATLANTIC CITY, ET AL.<br><br>                          DEFENDANT, | NO.: 1:22-CV-06189<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated and agreed by and between the parties that any and all claims, including crossclaims and/or counterclaims, asserted in the above-captioned matter are hereby dismissed with prejudice against all Defendants.

| KEITH E. ZAID, P.A. | REILLY, MCDEVITT & HENRICH, P.C. |
|---|---|
| /s/ Keith E. Zaid, Esquire | /s/Damian S. Jackson |
| /s/ Robert S. Shiekman, Esquire | |
| Keith E. Zaid, Esquire<br>Robert S. Shiekman, Esquire<br>Attorney for Plaintiff | Damian S. Jackson, Esquire<br>Anthony J. Giordano, Esquire<br>Attorneys for Defendants |
| Dated: 6/27/23 | Dated: 7/17/23 |